IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re: JO-ANNE MARY MILNER,    :    CHAPTER 13

       Debtor    : BANKRUPTCY NO. 17-15918

ORDER SUSTAINING DEBTOR'S OBJECTIONS TO PROOF OF CLAIM ("POC") No.
4-1 FILED BY NATIONSTAR MORTGAGE, LLC ("Nationstar")

AND NOW, this ____ day of June, 2018, it is hereby ORDERED as follows:

1. The Objections are SUSTAINED.

2. The Proof of Claim filed by Nationstar (No. 4-1) is DISALLOWED.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re: JO-ANNE MARY MILNER,  :  CHAPTER 13

        Debtor  :  BANKRUPTCY NO. 17-15918

### DEBTOR'S OBJECTIONS TO PROOF OF CLAIM ("POC") NO. 4-1 FILED BY NATIONSTAR MORTGAGE, LLC ("Nationstar")

The Debtor now comes and makes the following Objections ("the Objections") to the Proof of Claim (No. 4-1) ("the POC") filed in this case by Nationstar:

1. A copy of the first five pages of POC No. 4-1 is attached hereto.

2. The POC was filed on May 10, 2018, the bar date for claims in this case.

3. The Mortgage to which the POC relates is a reverse mortgage, which does not require that the elderly Debtor make payments to the mortgagee. The Debtor is obligated only to retain insurance on the mortgaged property and pay the real estate taxes due, all of which she believes that she has paid in full.

4. The POC recites a total claim of $236,009.84 and an arrears amount of $10,967.42.

5. In Part 3 of a Mortgage Proof of Claim Attachment referencing "Arrearage on the Date of the Petition," a "Non-Escrow Deficiency for Funds Advanced" in the amount of $10,967.42 is listed. There is no further explanation of the alleged deficiency.

6. The following statement is made on in a "Disclosure Statement" appearing directly after the Mortgage Proof of Claim Attachment: "The fees and costs listed in listed in part 3 under Prepetition fees due have been capitalized as part of

the total debt in Part 2 and are not required to be paid to cure any pre-petition default."

7. It therefore appears that the arrears set forth in the POC are a fee which should be capitalized as part of the total debt and are not required to be paid to cure a pre-petition default.

8. As such, it therefore appear that the amount allegedly due for a pre-petition default nned not be paid to cure the alleged default, if any there be.

9. As a result, the Debtor avers that the amount claimed for pre-petition arrears can be and should be stricken from the claim.

WHEREFORE, the Debtor requests that this court will enter the

Proposed Order accompanying the Objections.

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Attorney for Debtor

**Fill in this information to identify the case:**

Debtor 1  Jo-Anne Mary Milner

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number  17-15918-jkf

## Official Form 410
# Proof of Claim                                                                                              04/16

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. What is the current creditor?**
NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g)

Where should notices to the creditor be sent?

Champion Mortgage Company
Name

8950 Cypress Waters Blvd.
Number    Street

Coppell   TX   75019
City    State    ZIP Code

Contact phone  855-683-3095
Contact email

Where should payments to the creditor be sent? (if different)

Champion Mortgage Company
Name

P.O. BOX 619093
Number    Street

Dallas   TX   75261
City    State    ZIP Code

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one)
_____

**4. Does this claim amend one already filed?**
[X] No
[ ] Yes.  Claim number on court claim registry (if known) _____

Filed on _____
    MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes.  Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6.** Do you have any number you use to identify the debtor
[ ] No
[X] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **8929**

**7.** How much is the claim?    $ 236,009.84
Does this amount include interest or other charges?
[ ] No
[X] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(a).

**8.** What is the basis of the claim?
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

MONEY LOANED

**9.** Is all or part of the claim secured?
[ ] No
[X] Yes. The claim is secured by a lien on property.
Nature of property: 1138 Bainbridge Street Unit #A, Philadelphia, PA 19147
[X] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this Proof of Claim.
[ ] Motor vehicle
[ ] Other. Describe: _____

Basis for perfection: Reverse Mortgage/Deed of Trust
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $
Amount of the claim that is secured:    $ 236,009.84
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7)

Amount necessary to cure any default as of the date of the petition:    $10,967.92

Annual Interest Rate (when case was filed) 2.2300%
[ ] Fixed
[X] Variable

**10.** Is this claim based on a lease?
[X] No
[ ] Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11.** Does this claim involve a right to setoff?
[X] No
[ ] Yes. Identify the property _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority | [X] No<br>[ ] Yes. Check one: | Amount entitled to priority |
|---|---|---|---|
| | | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | [ ] Up to $2,850* of deposits toward purchase, lease or rental of property or services for personal, family, or household use. 11 U.S.C. §507(a)(7). | $_____ |
| | | [ ] Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. §507(a)(4). | $_____ |
| | | [ ] Taxes or penalties owed to governmental units. 11 U.S.C. §507(a)(8). | $_____ |
| | | [ ] Contributions to an employee benefit plan. 11 U.S.C. §507(a)(5). | $_____ |
| | | [ ] Other. Specify subsection of 11 U.S.C. §507(a)(___) that applies. | $_____ |

* Amount are subject to adjustment on 4/1/19 and every 3 years after that for cases begun on or after the date of adjustment

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

[ ] I am the creditor.
[X] I am the creditor's attorney or authorized agent.
[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3004.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculation the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/10/2018
                   MM/DD/YYYY

/s/ Kevin Buttery
Signature

Print the name of the person who is completing and signing this claim:

Kevin Buttery
Authorized Agent for Secured Creditor
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
561-241-6901

Case 17-15918-jkf   Claim 4-1   Filed 05/10/18   Desc Main Document   Page 4 of 42

## Mortgage Proof of Claim Attachment

(04/16)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

### Part 1: Mortgage and Case Information

| | | | |
|---|---|---|---|
| Case Number | 17-15918-jkf | | |
| Debtor 1: | Jo-Anne Mary Milner | | |
| Debtor 2: | | | |
| Last 4 digits to identify: | 8929 | | |
| Creditor: | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY | | |
| Servicer: | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY | | |
| Fixed accrual/daily simple interest/other: | REVERSE MORTGAGE | | |

### Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | $236,009.84 |
| Interest due: | $0.00 |
| Fees, costs due: | $0.00 |
| Escrow deficiency for funds advanced: | |
| Less total funds on hand: | |
| MIP: | |
| Total debt: (See Disclosure) | $236,009.84 |

### Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | $236,009.84 |
| Prepetition fees due: | $0.00 |
| Non-Escrow deficiency for funds advanced: | $0.00 |
| Projected escrow shortage: | $0.00 |
| Less funds on hand: | $0.00 |
| Total prepetition arrearage: | $0.00 |
| | $10,967.92 |

### Part 4: Monthly Mortgage Payment

| | | |
|---|---|---|
| Principal & interest: | $0.00 | N/A |
| Monthly escrow: | (See Disclosure) $0.00 | N/A |
| Private mortgage insurance: | $10,967.92 | N/A |
| Other: | $0.00 | N/A |
| Total monthly payment: | $0.00 | N/A |

### Part 5: Loan payment History from First Date of Default

| A. Transaction Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date/Invoice Date | G. Prin, int & esc asst due balance | H. Amount to principal | I. Amount to interest | J. Amount to non-escrow fees or charges | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance including capitalized items | N. Accrued interest balance | O. Non-Escrow balance | P. Fees / charges balance capitalized | Q. Fees / charges balance not capitalized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/2011 | | | $867.87 | PreTrans LOC Applied | | | | | $867.67 | | | PreTransfer | | $867.67 | $0.00 | |
| 4/29/2011 | | | $2.00 | PreTrans LOC Applied | | | | | $2.00 | | | PreTransfer | | $869.67 | $0.00 | |
| 9/13/2014 | | | $559.98 | PreTrans 2013 Taxes-Philadelphia City | | | | | $559.98 | | | PreTransfer | | $1,249.65 | $0.00 | |
| 3/18/2015 | | | ($322.00) | PreTrans Credit Adjustment | | | | | ($322.00) | | | PreTransfer | | $927.66 | $0.00 | |
| 5/18/2015 | | | ($15.00) | PreTrans Credit Adjustment | | | | | ($15.00) | | | PreTransfer | | $912.65 | $0.00 | |
| 5/19/2015 | | | $7,885.27 | PreTrans 2013 2014 2015 2016 Taxes-Philadelphia City | | | | | $7,885.27 | | | PreTransfer | | $8,797.92 | $0.00 | |
| 7/25/2016 | | | $1,661.00 | PreTrans Force Place Insurance (06/02/2016 - 05/02/2017) | | | | | $1,661.00 | | | PreTransfer | | $10,458.92 | $0.00 | |
| 5/12/2017 | | | $1,523.00 | PreTrans Force Place Insurance (05/02/2017 - 05/02/2018) | | | | | $1,523.00 | | | PreTransfer | | $11,981.92 | $0.00 | |
| 8/31/2017 | | | $0.00 | Month End total UPB | 8/31/2017 | | | | $0.00 | | | $236,009.84 | | $11,981.92 | $0.00 | |
| 10/2/2017 | | | ($1,014.00) | Force Place Insurance Refund | 10/2/2017 | | | | ($1,014.00) | | | | | $10,967.92 | $0.00 | |

## Disclosure Statement:

Principal balance listed in Part 2 includes interest, fees, expenses, and charges that have been capitalized under the terms of the loan documents as this is a reverse mortgage.

Please be advised that we may supplement this Claim to include additional documentation to evidence this debt.

Official Form 410A Mortgage Proof of Claim Attachment Page 4 of 5

Under the terms of the reinstatement paragraph found in the mortgage, borrower has a right to reinstate the security instrument by correcting the condition which resulted in the requirement for immediate payment in full. The fees and costs listed in part 3 under Prepetition fees due have been capitalized as part of the total debt in Part 2 and are not required to be paid to cure any pre-petition default.

Creditor, services the Debt Agreement on the property. In the event the automatic stay is modified, this case dismisses and/or the Debtor receives a discharge and a foreclosure action is commenced on the property, the foreclosure will be conducted in the name of Creditor.

Creditor, directly or through an agent, has possession of the Debt Agreement and held the Debt Agreement at the time of filing the Proof of Claim. The Debt Agreement is made payable to Creditor OR the Debt Agreement has been duly indorsed.

Official Form 410A Mortgage Proof of Claim Attachment Page 4 of 5